USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

# JONATHAN KAYE

ATTORNEY AT LAW
35-16 BELL BOULEVARD
SUITE 201
BAYSIDE NEW YORK 11361
(718) 746-5017
FACSIMILE (718) 281-4746

Honorable Lorna G. Schofield
United States District Judge, S.D.N.Y.
Thurgood Marshal Court House
40 Foley Square
New York, NY 10007
By ECF

> Application GRANTED. Mr. Foozailov is hereby directed to provide the Government with his travel information. SO ORDERED.
> Dated: December 16, 2019
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Albert Foozailov
      Docket No. 17-CR-262 (LGS)

Dear Judge Schofield:

Mr. Foozailov was sentenced by Your Honor on October 10, 2019 to 66 months of imprisonment and is scheduled to start his sentence on January 8, 2020. I write this letter on behalf of my client seeking a modification of his conditions for release. Mr. Foozailov would like, with the Court's permission, to be able to join his family on a family vacation during the Jewish Holiday of Hanukkah in Sunny Isles Beach, Florida. The date of departure from New York would be Thursday, December 19, 2019 and the date of return would be Thursday, January 2, 2020. The location where Mr. Foozailov would be staying while in Florida, would be at 400 Sunny Isles Boulevard, Sunny Isles Beach Florida.

Therefore, it is requested that Mr. Fozailov's release conditions be modified to allow him to travel on Thursday December 19, 2019 to Sunny Isles Beach, Florida, and return on January 2, 2020 back to New York. I have advised the attorney for the Government, A.U.S.A. Andrew M. Thomas and Pre-Trial Officer, Erin Cunningham of my intent to make this application and both have told me that the Government and Pre-Trial Services, respectively, have no objection to this modification as long as Mr. Foozailov gives Pre-Trial Services his travel information.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
JONATHAN KAYE

cc.  USA Andrew Mark Thomas, by ECF
     PTSO Erin Cunningham by email