UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA       :
                                  Plaintiff,   :
                                                :       17 Cr. 262-03 (LGS)
                -against-                  :
                                                :       <u>ORDER</u>
   ALBERT FOOZAILOV,                 :
                                  Defendant,  :
                                                :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS on April 28, 2020, Ms. Angela Foozailov sent the attached email and letters to the Court relating to her ex-husband Defendant Albert Foozailov;

       WHEREAS the email communication contains sensitive health information about Defendant Albert Foozailov;

       WHEREAS Defendant has not made any application for compassionate release. It is hereby

       **ORDERED** that the attached email and letters shall be filed under seal. A copy of this Order will be provided to Defense counsel and the Government. Defendant may file an application for compassionate release citing any legal authority supporting the application and providing any additional medical documentation.

Dated: May 1, 2020
       New York, New York

                                                                                     LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE