UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :   17 Cr. 262 (LGS)
            -against-                                         :
                                                              :   ORDER
ALBERT FOOZAILOV,                                             :
                                    Defendant.                :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant Albert Foozailov, an inmate at Federal Correctional Institution, Miami, filed a renewed second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. No. 672).  The Government filed an opposition on March 9, 2020.  (Dkt. No. 675).  Defendant filed a letter responding to the Government's statements regarding Defendant's treatment.  (Dkt. No. 676).  It is hereby

**ORDERED** that by **March 19, 2021**, the Government shall file an affidavit from the Bureau of Prisons medical clinician primarily responsible for Defendant's medical care (1) explaining the delays and other issues identified by counsel in Defendant's response at Dkt. No. 676, (2) providing Defendant's treatment plan going forward and (3) stating whether Defendant has been vaccinated against COVID-19, and if not, when a vaccine is expected to be made available to Defendant.

Dated:  March 15, 2021
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE