UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA        :
                                      -against-                        :        17 Cr. 262 (LGS)
                                                          :        ORDER
    ALBERT FOOZAILOV,                    :
                                       Defendant.     :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Defendant Albert Foozailov, an inmate at Federal Correctional Institution, Miami, filed a renewed second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. No. 672), which the Government opposes (Dkt. No. 675). The Government filed an affidavit regarding Defendant's treatment, (Dkt. No. 681) and Defendant filed a response (Dkt. No. 682). It is hereby

       **ORDERED** that by **April 2, 2021**, the Government shall file one or more affidavits from a qualified witness or witnesses explaining (a) what is the likely impact on Defendant's vision, temporarily and permanently, if the surgery is delayed until his current projected release date of September 13, 2023, or some shorter period; (b) whether it is anticipated that Defendant would receive the surgery before his release date; and (c) whether the Bureau of Prisons is equipped to provide aftercare following the surgery.

SO ORDERED.

Dated: March 25, 2021
       New York, New York

                                                   LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE