# JONATHAN KAYE

ATTORNEY AT LAW
35-16 BELL BOULEVARD
SUITE 201
BAYSIDE NEW YORK 11361
(718) 746-5017
FACSIMILE (718) 281-4746

July 11, 2022

Honorable Lorna G. Schofield
United States District Judge, S.D.N.Y.
Thurgood Marshal Court House
40 Foley Square
New York, NY 10007
By ECF

*This application is DENIED without prejudice to renewal stating whether the Government and/or the Probation Office consents to the application. The Clerk of the Court is directed to terminate the motion at docket number 713.*

*Dated: July 12, 2022*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: <u>United States v. Albert Foozailov</u>
<u>Docket No. 17</u>-CR-262 (LGS)

Dear Judge Schofield:

    Mr. Foozailov was sentenced by Your Honor on October 10, 2019. He is currently on Supervised Release, residing with his family in Queens, New York. I write this letter on behalf of my client seeking permission for him to travel to Israel.

    The reason for this request to travel is for Mr. Foozailov to visit his mother Raya Foozailov who resides there. Mr. Foozailov's mother has been ill for many years (see ECF document 540-1, pp. 20,21). Mr. Foozailov would like to see his mother, as he has not been able to travel since his arrest in this matter in 2017. Mr. Foozailov was not able to visit his father Yosef Foozailv since that date as well and unfortunately he passed away on October 1, 2020, while Mr. Fozzailov was incarcerated. As stated previously Raya Foozailov is in poor health and Mr. Foozailov is afraid if he has to wait for his Supervised Release to be over, it may be too late to see her. If approved for travel, the date of his departure from New York would be August 20, 2022 and the date of his return would be September 13, 2022.

    Therefore, it is requested that Mr. Fozailov be allowed to travel from New York to Israel on August 20, 2022 and return to New York on September 13, 2022.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jonathan Kaye*

JONATHAN KAYE

cc: USA Andrew Mark Thomas, by ECF
    USPO Kristen K. Mahraj by email