# JONATHAN KAYE

ATTORNEY AT LAW
35-16 BELL BOULEVARD
SUITE 201
BAYSIDE NEW YORK 11361
(718) 746-5017
FACSIMILE (718) 281-4746

August 7, 2022

Honorable Lorna G. Schofield
United States District Judge, S.D.N.Y.
Thurgood Marshal Court House
40 Foley Square
New York, NY 10007
By ECF

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 715.*

*Dated: August 12, 2022*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   United States v. Albert Foozailov
      Docket No. 17-CR-262 (LGS)

Dear Judge Schofield:

   Mr. Foozailov was sentenced by Your Honor on October 10, 2019. He is currently on Supervised Release, residing with his family in Queens, New York. I wrote to the Court on July 11, 2022 seeking permission for Mr. Foozailov to travel to Israel. Your Honor denied that request, with leave to renew, asking me to state whether the Government and/or the Probation Office consents to the application.

   As stated in my previous letter to the court, the reason for this request to travel is for Mr. Foozailov to visit his mother Raya Foozailov who resides there. Mr. Foozailov's mother has been ill for many years (see ECF document 540-1, pp. 20,21). Mr. Foozailov would like to see his mother, as he has not been able to travel since his arrest in this matter in 2017. Mr. Foozailov was not able to visit his father Yosef Foozaily since that date as well and unfortunately he passed away on October 1, 2020, while Mr. Fozzailov was incarcerated. As stated previously Raya Foozailov is in poor health and Mr. Foozailov is afraid if he has to wait for his Supervised Release to be over, it may be too late see her. If approved for travel, the date of his departure from New York would be August 20, 2022 and the date of his return would be September 13, 2022.

   As per the courts instructions, I have spoken to the the Attorney for the Government A.U.S.A. Andrew Thomas, and he has told me that the Government would defer to Probation on this request. I have spoken to Mr. Foozailov's Probation Officer from Supervised Release, U.S.P.O. Kristen K. Mahraj, and she has told me that Probation would object to this request.

   In light of Mr. Foozailov's mother's poor health, notwithstanding the Government's and Probation's objections in this matter, it is requested that Mr. Fozailov be allowed to travel from New York to Israel on August 20, 2022 and return to New York on September 13, 2022.

   Thank you once again for your consideration of this matter.

                                             Respectfully submitted,

                                             /s/_____
                                             JONATHAN KAYE

cc.   USA Andrew Mark Thomas, by ECF
      USPO Kristen K. Mahraj by email